CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By: [signature]
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ABILIFY (ARIPIPRAZOLE)
PRODUCTS LIABILITY LITIGATION  MDL No. 2734

(SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE JULY 26, 2018, HEARING SESSION ORDER

A conditional transfer order was filed in the actions on the attached schedule on May 7, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion to vacate the conditional transfer order and a supporting brief. Plaintiffs have now withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-16" filed on May 7, 2018, is LIFTED insofar as it relates to these actions. The actions are transferred to the Northern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable M. Casey Rodgers.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 15, 2018, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ABILIFY (ARIPIPRAZOLE)**
**PRODUCTS LIABILITY LITIGATION**                                         MDL No. 2734

## SCHEDULE A

**DIST  DIV.  C.A. NO.      CASE CAPTION**

CALIFORNIA NORTHERN
| | | | |
|---|---|---|---|
| CAN | 4 | 18-02584 | Davis et al v. Bristol-Myers Squibb Company et al |
| CAN | 4 | 18-02588 | Green et al v. Bristol-Myers Squibb Company et al |
| CAN | 4 | 18-02614 | Evans et al v. Bristol-Myers Squibb Company et al |